IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL, BV, AND SREAM, INC., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>TT&M ENTERPRISES, LLC, and )<br>TAMMY PENDLETON, )<br>)<br>Defendants. ) | Case Number: 4:19-CV-00013 |

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

A settlement conference is scheduled for August 27, 2019.

The Plaintiffs have served discovery and thereafter, Defendants served Plaintiff's with discovery.

The Parties have agreed to an extension of time to file responses, subject to the Court's continuing the August 27, 2019 settlement conference.

The parties request that the settlement conference be rescheduled some time after October 1, 2019.

Respectfully submitted,

/s/ Jonathan G. Chance #22169-07
JC Law Office
123 N.W. 4th Street, Ste 10
Evansville, Indiana 47708
Ph: (812) 301-1282
Email: jc@jc-law.com
Attorney for Plaintiff

/s/ Harold Abrahamson
Harold Abrahamson, 2322-45
ABRAHAMSON, REED & BILSE
8230 Hohman Avenue
Munster, Indiana 46321
Ph: (219) 595-5306
Email: aralawfirm@aol.com
RooR Int'l BV, and Sream, Inc.
Attys for Def. TT&M Enterprises, LLC and Tammy Pendleton

## Certificate of Service

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Jonathan G. Chance    (jc@jc-law.com)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

    Respectfully Submitted,

/s/  Harold Abrahamson
Harold Abrahamson, 2322-45
ABRAHAMSON, REED & BILSE
8230 Hohman Avenue
Munster, Indiana 46321
Ph: (219) 595-5306
Email:  aralawfirm@aol.com
Attys for Def. TT&M Enterprises, LLC, et al.

08/2019\HAROLD\TT&M\Joint Motion to Continue Settlement Conf