UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION at LAFAYETTE

| | |
|---|---|
| ROOR INTERNATIONAL BV and SREAM, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   4:19CV13-PPS/JPK ) |
| TT&M ENTERPRISES LLC and TAMMY PENDLETON, | ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties' joint Stipulation to Dismiss With Prejudice [DE 45] is SO ORDERED, and this action is DISMISSED WITH PREJUDICE.

The case is thereby CLOSED.

SO ORDERED.

ENTERED:  August 4, 2020.

                                              /s/ Philip P. Simon
                                      UNITED STATES DISTRICT JUDGE